Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
DOUGLAS HAYES MENUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS HAYES MENUEZ, | Case No.: 5:23-cv-00371 |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** |
| v. | |
| BRIAN K. ROEMMELE, individually and dba READ MULTIPLEX and dba MULTIPLEX, | **Demand for Jury Trial** |
| Defendant. | |

Plaintiff DOUGLAS HAYES MENUEZ by and through his undersigned counsel, brings this Complaint against Defendant BRIAN K. ROEMMELE, individually and dba READ MULTIPLEX and dba MULTIPLEX for damages and injunctive relief, and in support thereof states as follows:

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT                               CASE NO.: 5:23-CV-00371

## SUMMARY OF THE ACTION

1. Plaintiff DOUGLAS HAYES MENUEZ ("Menuez") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Menuez's original copyrighted work of authorship.

2. Menuez is a professional photographer. Among his photographs are a sizeable set taken in Silicon Valley between 1985 and 2000, featuring innovators in Silicon Valley during that period. These photos are fairly unusual, as Menuez's access was made possible by special permission from the companies involved, and thus have scarcity value. Selections of these photos have been licensed previously for commercial editorial use for license fees in the tens of thousands of dollars, and in 2014, Menuez published a book entitled Fearless Genius, containing more than 100 of these photos. Both the book and the collection of photos featured therein have been registered with the Copyright Office.

3. Defendant BRIAN K. ROEMMELE, INDIVIDUALLY AND DBA READ MULTIPLEX AND DBA MULTIPLEX ("Roemmele") is the Editor, Founder and CEO of Multiplex and advertises himself on the website as "the recognized world authority on technology and history, and how it will impact life, computing and commerce." Roemmele is a scientist, researcher, and analyst. His career includes building and running tech and payment businesses, media, which included the promotion of top musicians, and he has appeared at Money 20/20, ETA Transact, The Alexa Conference and other private events as a speaker. Roemmele charges customers to subscribe to his website. At all times relevant herein, upon information and belief, owned and operated the internet website located at the URL www.readmultiplex.com (the "Website").

4. Menuez alleges that Roemmele copied Menuez's copyrighted Work from the internet in order to advertise, market and promote its business activities. Roemmele committed the violations alleged in connection with Roemmele's business

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

for purposes of advertising and promoting sales to the public in the course and scope of the Roemmele's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Brian K. Roemmele is an individual residing in Riverside County, state of California, and can be served at 2260 Woodrose Court, Murrieta, California, 92562.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2014, Menuez created the photograph entitled "Image 23 of 50_Menuez-P_Steve_Jobs_dm_FNL_v4_DSI2," which is shown below and referred to herein as the "Work".

//
//
//
//
//
//
//



11. Menuez registered the Work with the Register of Copyrights on February 14, 2014 and was assigned the registration number VAu 1-165-414. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Menuez was the owner of the copyrighted Work at issue in this case.

## **INFRINGEMENT BY DEFENDANT**

13. Roemmele has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Roemmele copied the Work.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                CASE NO.: 5:23-CV-00371

15. On or about June 7, 2022, Menuez discovered the unauthorized use of his Work.

16. Roemmele copied Menuez's copyrighted Work without Menuez's permission.

17. After Roemmele copied the Work, he made further copies and distributed the Work on the internet to promote the sale of goods and services as part of his informational subscription website.

18. Roemmele copied and distributed Menuez's copyrighted Work in connection with Roemmele's business for purposes of advertising and promoting Roemmele's business, and in the course and scope of advertising and selling products and services.

19. Menuez's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Roemmele committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Menuez never gave Roemmele permission or authority to copy, distribute or display the Work at issue in this case.

22. Menuez notified Roemmele of the allegations set forth herein on July 5, 2022 and July 25, 2022. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Menuez incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Menuez owns a valid copyright in the Work at issue in this case.

25. Menuez registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Roemmele copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Menuez's authorization in violation of 17 U.S.C. § 501.

27. Roemmele performed the acts alleged in the course and scope of its business activities.

28. Roemmele's acts were willful.

29. Menuez has been damaged.

30. The harm caused to Menuez has been irreparable.

WHEREFORE, the Plaintiff Douglas Hayes Menuez prays for judgment against the Defendant Brian K. Roemmele, individually and dba Read Multiplex and dba Multiplex that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendant be required to pay Plaintiff his actual damages and 's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    d. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    e. Plaintiff be awarded pre- and post-judgment interest; and

    f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Douglas Hayes Menuez hereby demands a trial by jury of all issues so triable.

DATED:  March 3, 2023Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Douglas Hayes Menuez*