# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-165-414

Effective date of registration:

February 14, 2014

## Title
Title of Work: Fearless Genius book images

## Completion/Publication
Year of Completion: 2014

## Author
- Author: Douglas Hayes Menuez
  Author Created: photograph(s)
  Citizen of: United States

## Copyright claimant
Copyright Claimant: Douglas Hayes Menuez
1018 River Road, Red Hook, NY, 12571

## Rights and Permissions
Name: Doug Menuez
Email: studio@menuez.com   Telephone: 212-336-1561

## Certification
Name: Caitlin Frackelton
Date: February 14, 2014

Page 1 of 1