# Exhibit 2


"THIS STUFF IS HARD"
STEVE JOBS

# A TELEGRAM FROM THE PAST

▶ Listen to this

In 1983, Steve Jobs gave a speech to the International Design Conference in Aspen. The theme of that year's conference was "The Future Isn't What It Used To Be." It is astounding to hear how confidently he spoke of his future.

It is amazing to hear Steve Jobs talk about some things that were not fully realized until only just about the last few years. This talks shows just how incredible ahead of his time he was. To put that in perspective, the Macintosh had not yet been introduced, Apple still thought the Lisa was going to be a hit, and the IBM PC was the second most popular personal computer behind the Apple II series. Of course there was no iPhone, no Siri and Steve was 29 or so years old and retired at Apple. Apple was just 7 years old.

Mathew Panzarino, now editor-in-chief at TechCrunch also covered this recording in 2012.[4].

——



Do you use Vo-Ipe or PayPal?
Why not save 20% and get your money faster with better tools?

This is a powerful talk and Steve at his best. He commands his subject matter in a brilliant way.

## Here is an summary of his talk and Q & A:

- "How many people are older than 29 years old? You are a product of the TV generation, anyone younger is part of the computer generation"
- Few people in the audience owned an Apple Computer in 1983.
- "Computers are really dumb but really fast"
- "Computers are so fast they are like magic"
- "The electric motor was originally designed for industrial use, now there are over 55 electric motors in the house now" – as a computer in the home analogy.
- "By 1986 or so we'll ship more computers than automobiles"
- "A need your help. The industry will ship 10 million computers this year even if they look like shit."
- "We have blown it, most of the electronic items are not designed in the US"
- "Computers are a new medium, what happens is we fall back to the old medium at the start"
- "We are in the I Love Lucy stage of computers"
- "I can make a drawing on Lisa and someone in Austin can dial up and look at it"
- Computers computer programming to be video programming.
- "The thing that kept me out of jail was books"
- People will be spending more time interacting with personal computers than with cars. We are all on a "first date" with personal computers evolve we will get more closer to the technology.
- Personal computers are a medium of communication with each small system changing communication, "Computers with radio links can allow you to pick up their email anywhere"
- Information does grow by SEE! that predict I really Steve's View maps with research in Aspen, Colorado, coincidentally where he held this lecture.
- "We are about 5 years away from solving networking in the office and 10-15 years from solving networking in the home."
- **"Apple's strategy is to put an incredibly great computer in a book that you can carry around with you that you can learn how to use in 20 minutes."**
- "We could put a piece of garbage computer in a book, we won't do that"
- Software development industry to the record industry, people didn't necessarily know what computers they wanted to buy. However a record store was a different experience because they heard the songs by listening to the radio. The software industry needed something similar so that people could sample software before they buy it. **Paying for software in an automated fashion over the phone lines with credit cards is the future of software.**
- We have extremely talented and creative people at Apple. **"We hire people to tell us what to do".** The idea is hiring at a technology is not about a "great fit" but people that challenge everything on a daily basis. Organized chaos that pushes a company to the edge where startups occupy. Additionally Steve was able to get the best and brightest to do things we thought impossible, **and not fall in to what he called "I owe your ass mode" of playing it safe.**
- **Right at the end of the Q&A session, a question is asked about voice recognition, which he believed was the better part of a decade away from reality. Given the context of Siri today, it is interesting to hear him talk about the difficulty of recognizing language vs voice because language is contextually driven. He says, "This stuff is hard"**

This long but talk you here at his most confident at the precipice of the PC revolution, the smartphone revolution and the Voice User Interface evolution. He interviewed them all in 1983.





Get the limited edition Steve Jobs patent t-shirt today!

[amazon_link asins="1119845128" template="ProductCarousel" store="multiplexvo-20" marketplace="US" link_id="375cobc1b23-1e61-8aac-e0a6co8ebb7e"]

——



Books: Designing Voice User Interfaces – Cathy Pearl

[1] https://thenextweb.com/apple/2012/10/02/rare-full-recording-of-1983-steve-jobs-speech-reveals-apple-had-been-working-on-ipad-for-33-years-mac/ and HAPPY

**Subscribe to email notices when there are new postings. Note this is not for website Membership Signup**

email address                 [Subscribe]

  

Any reproduction, copying, or redistribution, in whole or in part, is prohibited without written permission from the publisher. Information contained herein is obtained from sources believed to be reliable, but its accuracy cannot be guaranteed. We are not financial advisers nor do we give personalized financial advice. The opinions expressed herein are those of the publisher and are subject to change without notice. It may become outdated and there is no obligation to update any such information. Recommendations should be made only after consulting with your advisor and only after reviewing the prospectus or financial statements of the any company in question. You shouldn't make any decision based solely on what you read here.

## RELATED

In 1994 Before Apple's Siri There Was Laptop.
February 28, 2020
In "Apple"

Meet Apple Face ID: How Trust Works
September 12, 2017
In "Apple"

Apple Face ID Changes Everything.
September 24, 2017
Similar post

## PUBLISHED BY BRIAN ROEHMHOLDT

Editor and Founder of Brain Multiplex.
View all posts by Brian Roehmholdt

Posted in Apple, Voice Jobs, Voice First

**URL**                            http://readmultiplex.com/2017/01/05/this-stuff-is-hard-steve-jobs-2/
**Date captured**          2023-03-02 05:14:10 PM GMT-0500
**Last updated**           2023-03-02 05:14:12 PM GMT-0500
**Hash**                    987b3f250076e919685579fa6b577a9926c8fd762f63d903e392c978697b20de

# multiplex



January 5, 2017

"THIS STUFF IS HARD"—STEVE JOBS



Reading Time: 3 minutes



# A TELEGRAM FROM THE PAST

In 1983, Steve Jobs gave a speech to the International Design Conference in Aspen. The theme of that year's conference was "The Future Isn't What It Used To Be". It is astounding to hear how confidently he spoke of the future.

It is amazing to hear Steve Jobs talk about some things that were not fully realized until only just about the last few years. This talks shows just how incredibly ahead of his time he was. To put that in perspective, the Macintosh had not yet been introduced, Apple still thought the Lisa was going to be a hit, and the IBM PC was the second most popular personal computer behind the Apple II series. Of course there was no iPhone, no Siri and Steve was to go on to get fired and rehired at Apple. Apple was just 7 years old.

Mathew Panzarino, now editor-in-chief at TechCrunch also covered this recording in 2012 [1].



The BrainDriver. The most powerful professional yet affordable tDCS System available.
Improve Mood, Get to your peak performance, improve sleep and much more.
Based on DARPA research and used by the US Air Force to improve pilot training.
Become more powerful.



~~~

This is a powerful talk and Steve at his best.  He commands his subject matter in a brilliant way:

**Here is an summary of his talk and Q & A:**

- "How many people are older than 36 years old? You are a product of the TV generation, anyone younger is part of the computer generation"
- Few people in the audience owned an Apple Computer in 1983.
- "Computers are really dumb but really fast"
- "Computers are so fast they are like magic"
- "The electric motor was originally designed for industrial use, now there are over 55 electric motors in the home now" as a computer in the home analogy.
- "By 1986 we will ship more computers than automobiles"
- "I need your help. The industry will ship 10 millions computers by 1986 even if they look like shit."
- "We have blown it, most of the electronic items are not designed in the US"
- "Computers are a new medium, what happens is we fall back to the old medium at the start"
- "We are in the I Love Lucy stage of computers"
- "I can make a drawing on Lisa and someone in Austin can dial up and look at it"
- Compares computer programming to television programming.
- "The thing that kept me out of jail was books"
- People will be spending more time interacting with personal computers than with cars.
- We are all on a "first date" with personal computers evolve we will get more closer to the technology.
- Personal computer are a medium of communication with early email systems changing communication. "Computers with radio links can allow you to pick up their email anywhere".
- Experiment done by MIT that predict Google Street View maps with research in Aspen, Colorado, coincidently where he held this lecture.
- "We are about 5 years away from solving networking in the office and 10-15 years from solving networking in the home."
- **"Apple's strategy is to put an incredibly great computer in a book that you can carry around with you that you can learn how to use in 20 minutes."**
- "We could put a piece of garbage computer in a book, we won't do that"



■   Software development industry to the record industry, people didn't necessarily know what computer they wanted to buy. However a record store was a different experience because they heard the songs by listening to the radio. The software industry needed something like a radio station so that people could sample software before they buy it.  **Paying for software in an automated fashion over the phone lines with credit cards is the iTunes store.**

■   We hire extremely talented and creative people at Apple.  **"We hire people to tell us what to do"**. The idea is hiring at a technology is not about a "good fit" but people that challenge everything on a daily basis. Organized chaos that pushes a company to the edge where startups occupy. Additionally Steve was able to get the best and brightest to do things they thought were not possible. **And not fall in to what he called "Cover your ass mode" of playing it safe.**

■   **Right at the end of the Q&A session, a question is asked about voice recognition, which he believed was the better part of a decade away from reality. Given the context of Siri today, it is interesting to hear him talk about the difficultly of recognizing language vs voice because language is contextually driven. He says, "This stuff is hard".**

This long lost talk was Steve at his most confidant at the precipice of the PC revolution, the smartphone revolution and the Voice First (**Shop**) evolution. He intersected them all in 1983.





**Get the limited edition Steve Jobs patent t-shirt today!**

[amazon_link asins='1591846218' template='ProductCarousel' store='multiplex-05-20' marketplace='US' link_id='27577089-d623-11e6-8990-e99821d9bc97']

~~~~~

**PAY 0% + 0¢ TO ACCEPT CREDIT CARDS!**
**Not a misprint, new laws and a new patented system. Your business pays zero!**



———

[1] **https://thenextweb.com/apple/2012/10/02/rare-full-recording-of-1983-steve-jobs-speech-reveals-apple-had-been-working-on-ipad-for-27-years/#.tnw_o6CHZdPl**

Subscribe ($99) or donate by Bitcoin.

Copy address: bc1q9dsdl4auaj80sduaex3vha880cxjzgavwut5l2

Send your receipt to Love@ReadMultiplex.com to confirm subscription.



Name

Enter your name

Email

Enter your email

Subscribe

Subscribe to this site, ReadMultiplex.com. This is not for paid site membership or to access member content. To become a member, please choose "Join Us" on the main menu.

*IMPORTANT: Any reproduction, copying, or redistribution, in whole or in part, is prohibited without written permission from the publisher. Information contained herein is obtained from sources believed to be reliable, but its accuracy cannot be guaranteed. We are not financial advisors, nor do we give personalized financial advice. The opinions expressed herein are those of the publisher and are subject to change without notice. It may become outdated, and there is no obligation to update any such information. Recommendations should be made only after consulting with your advisor and only after reviewing the prospectus or financial statements of any company in question. You shouldn't make any decision based solely on what you read here. Postings here are intended for informational purposes only. The information provided here is not intended to be a substitute for professional medical advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified healthcare provider with any questions you may have regarding a medical condition. Information here does not endorse any specific tests, products, procedures, opinions, or other information that may be mentioned on this site. Reliance on any information provided, employees, others appearing on on this site at the invitation of of this site, or other visitors to this site is solely at your own risk.*

RELATED



**In 1992 Before Apple's Siri, There Was Casper.**

February 18, 2017

In "Apple"





**Meet Apple Face ID.**

September 8, 2017

In "AI"



**Apple Face ID Changes Everything.**

September 12, 2017

Similar post

PUBLISHED BY BRIAN ROEMMELE



Editor And Founder of Read Multiplex.

**View all posts by Brian Roemmele**

Posted in **Apple**, **Steve Jobs**, **Voice First**

⟨                                    ⟩



| | |
|---|---|
| **URL** | http://readmultiplex.com/wp-content/uploads/2016/12/SteveJobsRossPerotInvenstment.jpg |
| **Date captured** | 2023-03-02 05:14:21 PM GMT-0500 |
| **Last updated** | 2023-03-02 05:14:21 PM GMT-0500 |
| **Hash** | e33a455bfcb68a2012e3be301b1745a339d84cc1932694233770da932079716a |

