Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
DOUGLAS HAYES MENUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HAYES MENUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN K. ROEMMELE, individually and dba READ MULTIPLEX AND DBA MULTIPLEX,<br><br>Defendant. | Case No.: 5:23-cv-00371-SSS-SP<br><br>**DECLARATION OF JONAH A. GROSSBARDT IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |

I, Jonah A. Grossbardt, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff DOUGLAS HAYES MENUEZ ("Menuez") in the above-captioned matter. I make this Declaration, which is filed in support of Menuez's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.  On March 3, 2023, Menuez filed his Complaint against Defendant Brian K. Roemmele, individually and dba Read Multiplex and dba Multiplex ("Roemmele") [ECF 1].

3.  On March 18, 2023, Roemmele was served with the Summons and the Complaint by serving Roemmele at 27260 Woodrose Court, Murrieta, California, 92562. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Roemmele was served by personal service with the Summons and a copy of the Complaint.

4.  The time allowed for Roemmele to respond to the Complaint has expired.

5.  Roemmele has not been granted an extension of time to respond to the Complaint.

6.  Roemmele has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer upon Menuez's attorneys of record.

7.  I am informed and do not believe that Roemmele is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2023

>  /s/ Jonah A. Grossbardt
>  JONAH A. GROSSBARDT