# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (323) 364-6565 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>8730 Wilshire Road, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR Plaintiff | | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Menuez, Douglas Hayes v. Roemmele, Brian K. | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>5:23-cv-00371-SSS-SP (Menuez v. Roemmele) |
| **Declaration of Service** | | Ref. No. or File No:<br>00956-0001 (Menuez v. Roemmele) |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED) Demand for Jury Trial; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

On: **Brian K. Roemmele, individually and dba Read Multiplex and dba Multiplex**

I personally served the summons on the individual at:

**27260 Woodrose Ct, Murrieta, CA 92562**

On: **3/18/2023**   Time: **12:24 PM**

Person attempting service:

a. Name: **Jennifer Hartz**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **95.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Jennifer Hartz   Date: 03/20/2023

Declaration of Service   Invoice #: 7265909