Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Douglas Hayes Menuez*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| DOUGLAS HAYES MENUEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>BRIAN K. ROEMMELE, individually and dba READ MULTIPLEX and dba MULTIPLEX,<br><br>DEFENDANT. | CASE NO.: 5:23-CV-00371-SSS-SP<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR AN EXTENSION OF TIME TO FILE FOR FINAL DEFAULT** |

PLAINTIFF Douglas Hayes Menuez ("Menuez"), by and through his undersigned counsel, hereby submits his response to this Court's Order to Show Cause re Dismissal for Lack of Prosecution entered on June 2, 2023, at ECF 16 and

moves this Court for an extension of time to file his Motion for Final Default, as follows:

1. Menuez filed his Complaint on March 3, 2023, at ECF 1.

2. Defendant BRIAN K. ROEMMELE ("Roemmele") was served on March 18, 2023, thereby setting a response date of April 3, 2023 (ECF 11).

3. On April 7, 2023, counsel for Roemmele reached out to the undersigned counsel to discuss this matter.

4. Roemmele failed to respond to Menuez's Complaint, despite obtaining counsel.

5. This Court entered its first Order to Show Cause re Dismissal for Lack of Prosecution on April 18, 2023, instructing Menuez to file his Application for Clerk's Default on or before May 2, 2023 (ECF 12).

6. The undersigned informed counsel for Roemmele of this Court's Order to Show Cause at ECF 12 on April 19, 2023.

7. On April 20, 2023, Menuez filed his Application for Clerk's Default (ECF 13) which was entered on April 21, 2023 at ECF 14.

8. Despite numerous requests from the undersigned, counsel for Roemmele has refused to appear in this matter and request that the default be vacated in order to respond.

9. On June 5, 2023, the undersigned informed counsel for Roemmele of this Court's Order to Show Cause at ECF 16.

10. Roemmele's counsel has not responded to this email.

11. Good cause exists as lead counsel, Jonah Grossbardt, was out of the office on Friday, June 2, 2023 and was in mediations on June 6 and June 7, and will be out of the office on June 15 and 16, 2023. Attorney Matthew Rollin was out of the office on Tuesday, June 6, 2023 and was in mediation on June 7.

12. This request for extension of time is not made for delay and will not prejudice either party or the Court.

WHEREFORE, Plaintiff Douglas Hayes Menuez prays this Honorable Court for an extension of time to file his Motion for Final Default by thirty days, up to and including July 15, 2023 and for such other and further relief as to this Court deems just and proper in the premises.

DATED: June 9, 2023  Respectfully submitted,

/s/Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff*
*Douglas Hayes Menuez*